STATE of Vermont v. Benjamin H. HUGINSKI, No. 11-79

January 15, 1979. Appeal from conditions of release dismissed. Defendant, under sentence and in execution upon conviction of a felony, must seek a stay of execution in conformity with V.R.A.P. 8(a).

Billings, J.

STATE of Vermont v. Frederick J. ANGELUCCI, No. 7-78

January 18, 1979. In the above cause, the motion of the defendant for release on bail pending appeal under V.R.A.P. 9(b) was heard by the undersigned Associate Justice. The defendant was represented by William A. Nelson, Esq., Appellate Defender. The State was represented by Gregory W. McNaughton, Esq., State's Attorney, Washington County.

The defendant is presently in execution of a ten to thirty year sentence imposed after he was convicted of the crimes of burglary, larceny, and being a habitual offender. Upon consideration of the affidavits filed with the motion, the oral arguments of counsel, the defendant's serious felony record, and his sentence, I do not find justification sufficient for the exercise of judicial discretion in favor of a release pending appeal. Motion denied.

Daley, J.

IN RE APPLICATION OF Charles K. JONES, Robert Bisbee, and Elmer R. Mehuron, Trustees of the George A. Joslyn Library Fund, No. 354-78

January 23, 1979. Appeal dismissed for lack of final judgment in trial court, and cause remanded. V.R.C.P. 54(b).

Daniel E. PROVOST v. Frederick BITTNER, No. 148-76

January 29, 1979. Appellant to file brief within thirty (30) days as to claims of error not requiring transcript; otherwise appeal dismissed.

SOUTH BURLINGTON SCHOOL DISTRICT v. CALCAGNI, Frazier, Zajchowski, et al., No. 85-77

January 29, 1979. Appeal dismissed for lack of final judgment in trial court, and cause remanded. V.R.C.P. 54(b).

FRANKLIN BANK v. Raymond CAMIRE, Thomas Hayes, and Nelson Camire, No. 273-77

January 29, 1979. Appeal dismissed for lack of a final judgment in trial court. V.R.C.P. 54(b).